# Court of Appeals
# of the State of Georgia

ATLANTA,  June 05, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1677. STEVEN LEONARD HUNT v. THE STATE.**

Steven Leonard Hunt was convicted on October 7, 2015, of theft by taking, simple assault, and two counts each of aggravated assault and influencing a witness. Hunt filed a timely motion for new trial, which the trial court denied. Hunt then filed a timely notice of appeal in the trial court. Hunt's appeal was docketed as Case Number A18A0372.

Hunt then filed several post-conviction motions. The trial court entered an order declining to rule on the motions, and Hunt filed an application for discretionary review of the trial court's order, which was docketed as Case Number A17D0550. We granted Hunt's application on July 20, 2017, and directed him to file a notice of appeal in the trial court within ten days. See OCGA § 5-6-35 (g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law.").

On August 7, 2017, Hunt filed a notice of appeal in the trial court "from the convictions entered on [October 7, 2015] and the sentences entered herein on the same date and the denial of motion for new trial." On August 17, 2017, Hunt filed a "Motion to Set Aside Order and Re-Enter Order," claiming that he did not receive a copy of this Court's July 20, 2017 order until after the ten-day period for filing a notice of appeal had already passed. We denied Hunt's motion on September 13, 2017.

To the extent that the August 7, 2017 notice of appeal pertains to the October 7, 2015 judgment, this case is duplicative of Case Number A18A0372. We hereby DISMISS this case as superfluous. Case Number A18A0372 remains pending for

disposition.

Additionally, to the extent that the August 7, 2017 notice of appeal pertains to our July 20, 2017 order granting Hunt's application for discretionary review, it was filed 18 days after entry of the order. The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988). Because Hunt failed to file a notice of appeal within ten days of our order granting the discretionary application, the notice of appeal is untimely. Accordingly, this appeal is likewise DISMISSED for lack of jurisdiction. See OCGA § 5-6-48 (b) (1); *Barnes v. Justis*, 223 Ga. App. 671, 671-672 (478 SE2d 402) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,*  06/05/2018
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*